Form B 250B(summons)(12/09)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re:

Shahram Gilandoost,

       Debtor(s).

_____

Case Number: 09−22859−SJS

**Adversary Case Number: 10−01185−SJS**

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

SHAHRAM GILANDOOST,

       Plaintiff(s),

v.

SALLIE MAE, INC. and/or its successors and assigns, NORTHWEST EDUCATION LOAN ASSOCIATION and/or its successors and assigns, and UNITED STATES DEPARTMENT OF EDUCATION and/or its successors and assigns,

       Defendant(s).

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:        U.S. Bankruptcy Court
                                700 Stewart St, Room 6301
                                Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

  Christina Latta Henry
  Seattle Debt Law LLC
  705 2nd Avenue Ste 1050
  Seattle, WA 98104

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

   **Date and Time: May 28, 2010 at 01:30 PM**

   **Address: U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, WA 98101**

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court

                                        BY: /s/ Janice Brooks
                                               Deputy Clerk



**Date of Issuance: April 6, 2010**

*Summons must be served within 14 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. W.D.Wash.Local Bankr. Rule 7004−1.*