**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER  
Bankruptcy Judge  (206) 370-5300

United States Courthouse  
700 Stewart Street, Room 6301  
Seattle, Washington 98101

November 18, 2010

Via ECF

Ms. Christina Latta Henry  
Seattle Debt Law LLC  
705 2nd Avenue, Ste. 1050  
Seattle, WA 98104

Ms. Michaelanne Ehrenberg  
Karr Tuttle Campbell  
1201 3rd Ave., Ste 2900  
Seattle, WA 98101

       Re: Shahram Gilandoost v. Sallie  
          Mae, Inc., et al.; #A10-01185

Dear Counsel:

       This is to confirm that the December 16 trial date has been stricken and the trial has been continued subject to call.

                                   Very truly yours,

                                   /s/ Ruth J. Barnett

                                   Ruth J. Barnett  
                                   Secretary